ROSE M. CARROCK, Doing Business under the Name of CARROCK & SON, Respondent, v. AMALGAMATED MEAT CUTTERS AND ALLIED MARKET EMPLOYEES, LOCAL 63, et al., Defendants, and GUS CHARLES et al., Defendants-Appellants.

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.